UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEKSANDAR JANKOVIC<br>A78 845 796<br><br>    Plaintiff,<br><br>          v.<br><br>MICHAEL CHERTOFF, Director,<br>U.S. Department of Homeland Security,<br>RUTH DOROCHOFF, District Director,<br>Chicago District Office, U. S. Citizenship<br>& Immigration Services, and<br>ROBERT MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 08-cv-1869<br>) Before Honorable Judge Der-Yeghiayan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41</u>**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action, filed April 2, 2008, and to which no answer or motion has been filed, against all defendants without prejudice.


Dated: June 17, 2008                    Respectfully Submitted,
                                        Aleksandar Jankovic


                                        By: <u>/s/ Erin C. Cobb</u>
                                            One of his attorneys



Erin C. Cobb, Esq.
KRIEZELMAN BURTON & ASSOCIATES, LLC
20 North Clark Street, Suite 725
Chicago, Illinois 60602
(312) 332-2550
ecobb@krilaw.com